Heather R. Boshak
FOX ROTHSCHILD, LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
hboshak@foxrothschild.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAYRA CABRERA, VICTOR TAPIA, and SEGUNDO DONE, Individually and on behalf of all other Similarly Situated Employees<br><br>Plaintiff,<br><br>vs.<br><br>MARRICIO FERNANDEZ, MATTHEW FERNANDEZ, 2541 FOOD CORP., ARCON CORP., M & M MANAGEMENT, 592 LENOX FOOD CORP., 2076 EAST FOOD CORP., 2497 SUPERMARKET CORP., 869 J MEAT CORP. and JOHN DOES #1-10, Jointly and Severally,<br><br>Defendants. | Civil Action No. 08-cv-9573 (PAC)(MHD)<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Pursuant to Fed. R. Civ. P. 41(a), the parties to this matter, through their attorneys, stipulate and agree that the instant action, having been settled in accordance with a *Settlement Agreement and Release*, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

For the Plaintiffs

By: _____
Brent Pelton (BP-)
Attorney for Plaintiffs
PELTON & ASSOCIATES PC
111 Broadway, 9th Floor
New York, New York 10006
(212) 385-9700

Dated: __6/1/09__, 2009

For the Defendants

By: _____
Heather R. Boshak (HB-9736)
Attorney for Defendants
FOX ROTHSCHILD, LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 992-4800

Dated: __6/5__, 2009

IT IS SO ORDERED:

_____
Honorable Paul A. Crotty, U.S.D.J.

Dated: _____, 2009

- 20 -