Heather R. Boshak
FOX ROTHSCHILD, LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
hboshak@foxrothschild.com
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 JUN 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAYRA CABRERA, VICTOR TAPIA, and
SEGUNDO DONE, Individually and on behalf of all
other Similarly Situated Employees

        Plaintiff,

vs.

MARRICIO FERNANDEZ, MATTHEW
FERNANDEZ, 2541 FOOD CORP., ARCON CORP.,
M & M MANAGEMENT, 592 LENOX FOOD
CORP., 2076 EAST FOOD CORP., 2497
SUPERMARKET CORP., 869 J MEAT CORP. and
JOHN DOES #1-10, Jointly and Severally,

        Defendants.

Civil Action No. 08-cv-9573 (PAC)(MHD)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS

    Pursuant to Fed. R. Civ. P. 41(a), the parties to this matter, through their attorneys, stipulate and agree that the instant action, having been settled in accordance with a *Settlement Agreement and Release*, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

For the Plaintiffs

By: _____
Brent Pelton (BP-)
Attorney for Plaintiffs
PELTON & ASSOCIATES PC
111 Broadway, 9th Floor
New York, New York 10006
(212) 385-9700

Dated: 6/1/09, 2009

For the Defendants

By: _____
Heather R. Boshak (HB-9736)
Attorney for Defendants
FOX ROTHSCHILD, LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 992-4800

Dated: 6/5, 2009

IT IS SO ORDERED:

_____
Honorable Paul A. Crotty, U.S.D.J.

Dated: June 17, 2009

- 20 -